# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSELYN HENSLEY,<br><br>    Plaintiff,<br><br>v.<br><br>BJF PROPERTIES, LLC, SBM FOOD CORPORATION, dba "POPEYE'S," and DOES 1-10, inclusive,<br><br>    Defendants. | CASE NO.:  2:14-CV-01054-TLN-AC<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |

The Court, having reviewed the stipulation of the parties to extend the date for Defendants to file a responsive pleading to June 6, 2014, orders as follows:

That the date for Defendants to file a responsive pleading be extended up to and including June 6, 2014.

**IT IS SO ORDERED.**

Dated: May 27, 2014

_____
Troy L. Nunley
United States District Judge